*curiae* granted. Certiorari denied.

No. 93–2014. FOXMEYER DRUG CO. *v.* COOPERS & LYBRAND. C. A. 3d Cir. Petition for writ of certiorari and/or mandamus denied.

No. 93–2067. WHITE ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioners to strike portions of the brief in opposition denied. Certiorari denied.

No. 93–2096. BONSER *v.* TOWN OF NOTTINGHAM, NEW HAMP-SHIRE. Sup. Ct. N. H. Motion of Terry L. Bonser and Mary L. Parks for substitution as petitioners in place of Robert A. Bonser, deceased, granted. Certiorari denied.

No. 93–2097. BONSER *v.* TOWN OF NOTTINGHAM, NEW HAMP-SHIRE. Sup. Ct. N. H. Motion of Terry L. Bonser and Mary L. Parks for substitution as petitioners in place of Robert A. Bonser, deceased, granted. Certiorari denied.

No. 93–9035. QUIBAN *v.* DEPARTMENT OF VETERANS AFFAIRS. C. A. D. C. Cir. Motion of Gilbert M. Mendoza for substitution in his capacity as personal representative of Felomina Quiban, deceased, granted. Certiorari denied.

No. 93–9153. ANA G. *v.* ORANGE COUNTY SOCIAL SERVICES AGENCY. Ct. App. Cal., 4th App. Dist. Motion of California Public Defenders Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–9261. LEWIS *v.* SHARP ET AL. C. A. 8th Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 93–9319. CHAKLOS *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–20. PACIFIC NORTHWEST VENISON PRODUCERS ET AL. *v.* SMITCH, DIRECTOR OF WASHINGTON DEPARTMENT OF WILD-LIFE, ET AL. C. A. 9th Cir. Motion of North American Elk